FILED

02/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0651

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0651

STATE OF MONTANA,

Plaintiff and Appellee,

v.

REX WILLIAM ALLEN,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 27, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 14 2023